## Means Test Comparative Analysis

**Case Name: Andrew David Register**          Ch. 13 Percentage          6.00%
**Case No. 23-40969**
Case filed on 7/6/23

| | Form 122A-1 | Debtor | | U.S. Trustee Computation | |
|---|---|---|---|---|---|
| Debtor Income | 2 | $ | 6,741.00 | $ | 6,741.03 | Per Pay Advices
| Debtor Spouse or Non-Filing Spouse Income | 2 | $ | - | $ | - |
| Alimony and Maintenance Payments | 3 | $ | - | $ | - |
| Amts. Regular for Household, including Child Support | 4 | $ | - | $ | - |
| Net Business Income | 5 | $ | - | $ | - |
| Net income from rental and other real property | 6 | $ | - | $ | - |
| Interest, Dividends, and Royalties | 7 | $ | - | $ | - |
| Unemployment Compensation | 8 | $ | - | $ | - |
| Pension or Retirement Income | 9 | $ | - | $ | - |
| Other Income: | 10 | $ | - | $ | - |
| | | | | $ | - |
| **CURRENT MONTHLY INCOME (CMI)** | 11 | $ | 6,741.00 | $ | 6,741.03 |

| | Form 122A-2 Part 2 | Debtor | | U.S. Trustee Computation | |
|---|---|---|---|---|---|
| **Deductions from Income** | | | | | |
| **No. of People Used for Deductions from Income** | 5 | **1** | | **1** | |
| IRS - Food, Clothing, Household, etc. | 6 | $ | 841.00 | $ | 841.00 |
| IRS - Healthcare Standard | 7 | $ | 79.00 | $ | 79.00 |
| IRS - Non Mortgage (Insurance & Utilities) | 8 | $ | 605.00 | $ | 605.00 |
| IRS - Mortgage or Rent | 9 | $ | 1,004.00 | $ | 1,004.00 |
| USTP Division of IRS Std Claim | 10 | $ | - | $ | - |
| IRS - Vehicle Operations | 12 | $ | 600.00 | $ | 500.00 |
| IRS - Vehicle Ownership (Vehicle 1) | 13c | $ | - | $ | - |
| IRS - Vehicle Ownership (Vehicle 2) | 13f | $ | - | $ | - |
| IRS - Public Transportation | 14 | $ | - | $ | - |
| Additional Public Transportation Expense | 15 | $ | - | $ | - |
| Taxes | 16 | $ | 1,606.00 | $ | 1,606.00 |
| Involuntary Payroll Deductions | 17 | $ | - | $ | - |
| Life Insurance | 18 | $ | - | $ | 4.66 |
| Court Ordered Payments | 19 | $ | - | $ | - |
| Education (Condition for Job - Disabled Child) | 20 | $ | - | $ | - |
| Childcare | 21 | $ | - | $ | - |
| Additional Healthcare | 22 | $ | - | $ | - | Need Documentation Proof
| Optional Telephone & Telephone Services | 23 | $ | 110.00 | $ | - |
| **SUBTOTAL - All Expenses Allowed under IRS** | 24 | $ | 4,845.00 | $ | 4,639.66 |
| **Additional Expense Deductions** | | | | | |
| Health, Disability Insurance, HSA Expenses | 25 | $ | 53.00 | $ | 32.53 |
| Care of Household or Family | 26 | $ | 682.00 | $ | 682.00 |
| Family Violence | 27 | $ | - | | |
| Additional Home Energy Costs | 28 | $ | - | | |
| Education for Dependents under 18 | 29 | $ | - | | |
| Additional Food & Clothing | 30 | $ | - | | |
| Charitable Contributions | 31 | $ | 75.00 | $ | 75.00 |
| **SUBTOTAL - Additional Expenses** | 32 | $ | 810.00 | $ | 789.53 |
| **Deductions for Secured Debt** | | | | | |
| Mortgage | 33a | $ | - | | |
| Auto | 33b | $ | - | | |
| | 33c | $ | - | | |
| Matco Tools/PSA - Tools of Trade | 33d | $ | 186.64 | $ | 186.64 |
| Snap On Credit - Tools of Trade | 33d | $ | 35.29 | $ | 35.26 |
| **SUBTOTAL - Secured Debt Payments** | 33 | $ | 221.93 | $ | 221.90 |
| **Payments on Arrearage** | 34 | $ | - | $ | - |
| | 34 | | | | |
| | 34 | | | | |
| **Payments on Priority Claims** | 35 | $ | 172.08 | $ | 172.08 |
| **Chapter 13 Admin Expense** | 36 | | | $ | 65.40 |
| **SUBTOTAL - Total Secured Debt Payments** | 37 | $ | 394.01 | $ | 459.38 |
| **TOTAL Allowed Deductions** | 38 | $ | 6,049.01 | $ | 5,888.56 |
| **TOTAL ADJUSTED CMI (Line 4)** | 39a | $ | 6,741.00 | $ | 6,741.03 |
| **TOTAL DEDUCTIONS (Line 38)** | 39b | $ | 6,049.01 | $ | 5,888.56 |
| **MONTHLY DISPOSABLE INCOME** | 39c | $ | 691.99 | $ | 852.46 |
| **60-MO. DISPOSABLE INCOME** | | $ | 41,519.20 | $ | 51,147.80 |

**Total Non Priority Unsecured Creditor Claims (Sch. E/F)**      $ 55,636.65
**25% of Total Unsecured Claims**                                $ 13,909.16

**UST EXHIBIT 1**
Prepared 9/13/2023