**Schedule I and J
Comparative Analysis**

**Case Name: Andrew David Register**
**Case No. 23-40969**
Case filed on 7/6/23

| | Schedule I & J (Ch. 13) | U.S. Trustee Computation |
|---|---:|---:|
| Debtor Income | $ 6,800.00 | $ *Per Pay Advices* |
|     Less: Taxes, Medicare, SS | $ (1,705.00) | $ (1,730.21) |
|     Less: Mandatory Contributions to Retire. | $ - | |
|     Less: Voluntary Contributions to Retire. | $ - | |
|     Less: Required repayments of retirement fund loans | $ - | |
|     Less: Health/Dental/Life/Disb. Insurance | $ - | |
| YTD Bonus Income averaged annually | $ - | |
|     Less: Parking | $ - | |
| **INCOME** | **$ 5,095.00** | **$ 5,203.12** |
| | | |
| **Current Expenditures** | | |
|     Mortgage / Rent | $ 1,200.00 | $ 1,200.00 |
|      - Real Estate Taxes | $ - | $ - |
|      - Property, Homeowners, Rent Ins. | $ 148.00 | $ 148.00 |
|      - Home Maintenance, Repair, Upkeep | $ - | $ - |
|      - HOA or Condo Dues | $ - | $ - |
|     Additional Mortgages (including HELOCs) | $ - | $ - |
|     Utilities: | $ - | $ - |
|      - Electricity, Heat, Gas | $ 215.00 | $ 215.00 |
|      - Water, Sewer, Garbage | $ 65.00 | $ 65.00 |
|      - Telephone, Cell, Internet, Satellite, Cable | $ 110.00 | $ 110.00 |
|      - Other:Specify: Security System | $ - | $ - |
|     Food and Housekeeping | $ 475.00 | $ 475.00 |
|     Child Care and Children's Education Costs | $ - | $ - |
|     Clothing, Laundry, and Dry Cleaning | $ 100.00 | $ 100.00 |
|     Personal Care Products and Services | $ 40.00 | $ 40.00 |
|     Medical and Dental | $ 100.00 | $ 100.00 |
|     Transportation (Gas, maintenance, tolls) | $ 550.00 | $ 550.00 |
|     Entertainment (Clubs, Recreation, Newspapers, Mags, Books) | $ 100.00 | $ 100.00 |
|     Charitable Contributions and Religious Donations | $ 40.00 | $ 40.00 |
|     Insurance: | $ - | $ - |
|      - Life Insurance | $ - | $ - |
|      - Health Insurance | $ - | $ - |
|      - Vehicle Insurance | $ 256.00 | $ 256.00 |
|      - Other: Auto/Life/Home Insurance | $ - | $ - |
|     Taxes - | $ - | $ - |
|     Installments or Lease Payments: | $ - | $ - |
|      - Vehicle One | $ 700.00 | $ *Need supporting documentation* |
|      - Vehicle Two | $ - | $ - |
|      - Other: IRS Tax Debt $10,325 | $ 172.00 | $ - |
|     Child Support, Alimony | $ - | $ - |
|     Other support payments | $ 682.00 | $ 682.00 |
|     Other: Vehicle Repairs | $ 210.00 | $ *Need supporting documentation* |
|     Other: Purchase New Tools | $ 310.00 | $ *Need supporting documentation* |
| | | |
| **TOTAL INCOME** | **$ 5,095.00** | **$ 5,203.12** |
| **TOTAL DEDUCTIONS** | **$ 5,473.00** | **$ 4,081.00** |
| **MONTHLY DISPOSABLE INCOME** | **$ (378.00)** | **$ 1,122.12** |
| **60-MO. DISPOSABLE INCOME** | **$ (22,680.00)** | **$ 67,327.20** |
| | | |
| **Total Unsecured Creditor Claims (Sch. E/F)** | **$ 55,636.65** | |

**UST EXHIBIT 2**
Prepared on 9/13/2023