

**IT IS ORDERED as set forth below:**

**Date: October 13, 2023**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 23-40969-BEM |
| ANDREW DAVID REGISTER, | |
| Debtor. | CHAPTER 7 |

### ORDER AND NOTICE OF STATUS CONFERENCE

In light of the *Suggestion of Death* for Debtor's counsel, filed on October 11, 2023 [Doc. 20], it is

ORDERED and NOTICE IS HEREBY GIVEN that a status conference on the United States Trustee's *Motion to Dismiss Case Based on Presumption of Abuse Arising Under 11 U.S.C. § 707(B)(2) and Abuse Arising Under 11 U.S.C. § 707(B)(3)* (the "Motion") [Doc. 18] shall be held on **November 8, 2023, at 9:25 AM**, ROOM 342, UNITED STATES COURTHOUSE, 600 EAST FIRST STREET, ROME, GEORGIA. **Debtor and counsel for the United States Trustee are directed to attend the status conference either in person or via Zoom in the Virtual Hearing Room**. It is further

ORDERED that the hearing on the Motion currently scheduled for October 25, 2023 is cancelled.

You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise.

**END OF ORDER**

**Distribution List**

Andrew David Register
120 Hobgood
Rydal, GA 30171

The Law Offices of James E. Goad, P.C.
125 North Gilmer Street
Cartersville, GA 30120

Thomas D. Richardson
Brinson, Askew, Berry, et al.
P. O. Box 5007
Rome, GA 30162-5007

Lindsay P. S. Kolba
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303